### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **JAMES CABLE and DENISE CABLE,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **NO. 12-cv-96-JD** |
| | : | |
| **ALLIED INTERSTATE, INC.,** | : | |
| | : | |
| Defendant. | : | |

_____

**O R D E R**

    **AND NOW**, this 11th day of May, 2012, upon consideration of Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Document No. 11, filed March 6, 2012), Plaintiff's Memorandum of Law Contra Defendant's Motion to Transfer Venue (Document No. 12, filed March 21, 2012), and Reply of Defendant in Further Support of Motion to Transfer Venue (Document No. 14, filed April 2, 2012), for the reasons set forth in the Memorandum dated May 11, 2012, **IT IS ORDERED** that Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is **GRANTED** and the case is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania. By agreement, defendant shall **PRODUCE** in the Middle District of Pennsylvania for discovery depositions and trial any employees of defendant identified by plaintiffs.

    **IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Pennsylvania **SHALL SEND** the complete file to the United States District Court for the Middle District of Pennsylvania.

                                         **BY THE COURT:**

                                         ____/s/ Hon. Jan E. DuBois_____
                                         **JAN E. DUBOIS, J.**